IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICO LUCIANO VASQUEZ,

    Petitioner,                     No. CIV S-02-1925 WBS KJM P

    vs.

JOE McGRATH, Warden,

    Respondent.                 ORDER

_____/

       Petitioner is a state prison inmate proceeding pro per with a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Among other things, he alleges his right to a public trial was violated by the numerous <u>in camera</u>, <u>ex parte</u> hearings held during trial.

       In his answer, respondent chides petitioner for his lack of specificity about the secret hearings and declines to "delve through the 6000 page record to determine which hearings offend Petitioner."  Answer at 29.   While respondent may not wish to examine each of the hearings, he is nevertheless obligated by rule 5 of the Rules Governing Section 2254 Cases to include relevant transcripts with his answer.  He has not done so even though petitioner's challenge to the proceedings renders those records relevant to the resolution of the case.

       Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, respondent lodge the following transcripts from <u>in camera</u> hearings **under seal**:

1

1. May 28, 1998.  ART 5-17.[1]

2. May 29, 1998.   ART 20-46.

3. October 19, 1998.  RT 62-74.

4. Two hearings on October 21, 1998.  RT 180-190; 241-248.

5. November 19, 1998.  RT 505-514.

6. December 17, 1998.  RT 1210-1236.

7. Two hearings on December 18, 1998.  RT 1287-1296, 1358-1360.

8. December 22, 1998.  RT 1462-1475.

9. January 6, 1999.  RT 2030-2035.

DATED: June 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2
vasq1925.rec

---

[1] References are to the Augmented Reporter's Trancript (ART) and the Reporter's Transcript (RT) of the state court proceedings.