1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NICO L. VASQUEZ,

11            Petitioner,                    No. CIV S-02-1925 DFL KJM P

12        vs.

13   JOE MCGRATH,

14            Respondents.                   ORDER

15   _____/

16            On June 8, 2005, the court directed respondent to lodge specified transcripts from

17   in camera hearings under seal.  On July 6, 2005, counsel for respondent filed a request for an

18   extension of time and a notice of the filing or lodging of a document in paper.  There is no record,

19   however, that counsel did more than file his notice of lodging; the document described on the face

20   sheet of the notice (apparently a copy of what counsel filed in the state Court of Appeal) has

21   neither been filed in paper nor electronically.[1]

22            In a footnote to his request for an extension of time, counsel muses about the

23   potential problem of his complying with state law concerning sealed records and this court's

24   order.   Counsel can and should avoid any discomfort by making clear to the state Court of Appeal

25   _____

26        [1] Regarding the format for filing the document, respondent is referred to Local Rule 88-190(f).

                                              1

that it need not send the records to him but can send them directly to this court under seal, a procedure the Court of Appeal has followed in the past.

Accordingly, IT IS HEREBY ORDERED:

1.   Respondent is granted an additional thirty days from the date of this order in which to ensure that the sealed transcripts listed in the order of June 8, 2005 reach this court **under seal**.

2.   Respondent is directed to lodge a copy of the motion filed in the state Court of Appeal within five days of the date of this order.

DATED:  July 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2

vasq1925.eot